**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 922 MAL 2015
                                  :
            Respondent           :
                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Superior Court
           v.                        :
                                    :
                                    :
NEIL PAL,                           :
                                    :
           Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.